| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, NJ 07601<br>201-673-5777<br><br>Virginia E. Fortunato #VEF-0787<br>*Attorney for Debtor, Tammy Hill* |

| | |
|---|---|
| In Re:<br><br>**TAMMY HILL,**<br><br>    Debtor. | Case No.   09-18639/RG<br><br>Chapter:   7<br><br>Hearing Date:   May 6, 2019<br><br>Judge:   Rosemary Gambardella |

**ORDER REOPENING CASE PERMITTING THE DEBTOR TO AMEND SCHEDULES PURSUANT TO 11 U.S.C. SECTION 350(b); PERMITTING DEBTOR TO AMEND SCHEDULES PURSUANT TO FED. R. BANKR. P. 1009(a); REAPPOINTING NICHOLAS J. DELZOTTI AS CHAPTER 7 TRUSTEE, AND IMPOSING STAY AS TO THE SHERIFF'S SALE DATE OF MAY 9, 2019 AS TO DEBTOR'S REAL PROPERTY LOCATED AT 7411 JFK BOULEVARD EAST, NORTH BERGEN, NEW JERSEY 07047 PENDING REVIEW AND DETERMINATION BY THE TRUSTEE AS TO VALUE OF DEBTOR'S PERSONAL INJURY CLAIMS**

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

| | |
|---|---|
| **Page:** | 2 |
| **Debtors:** | Tammy Hill |
| **Case No.:** | 09-18639/RG - Chapter 7 |
| **Caption:** | Order Reopening Case Pursuant to 11 U.S.C. Section 303(b); Permitting the Debtor to Amend Schedules Pursuant to Fed. R. Bankr. P. 1009(a) 11 U.S.C. Section 350(b), Reappointing Nicholas J. Delzotti as Chapter 7 Trustee, and Imposing Stay as to the Sheriff's Sale Date of May 9, 2019 as to Debtor's Real Property Located at 7411 JFK Boulevard East, Unit 303, North Bergen, New Jersey 07047 Pending Review and Determination by the Trustee as to Value of Debtor's Personal Injury Claims |

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Tammy Hill, for an Order Reopening Case to Permit the Debtor to Amend Schedules Pursuant to Fed. R. Bankr. P. 1009(a) 11 U.S.C. Section 350(b), Reappointing Nicholas J. Delzotti as Chapter 7 Trustee, and Imposing Automatic Stay as to the Sheriff's Sale Date of May 9, 2019 Pending Review and Determination by the Trustee as to Value, and for good cause otherwise appearing:

**IT IS HEREBY:**

**ORDERED,** that this case is hereby reopened; and it is further,

**ORDERED,** that the Debtor shall file amended Schedules within 21 days of the date of this Order; and it is further,

**ORDERED,** that the United States Trustee's Office shall reappoint Nicholas J. Delzotti as the Chapter 7 Trustee to the instant matter within 3 days from the date of this Order; and it is further,

**ORDERED,** that the scheduled Sheriff's Sale of the Debtor's property located at 7411 Boulevard East, Unit No. 303, North Bergen, New Jersey 07407 of May 9, 2019 is hereby stayed until further Order of this Court pursuant to 11 U.S.C. 105 permitting a review and determination by the Chapter 7 Trustee as to the value of the Debtor's personal injury claims.